UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :

WILMINGTON TRUST, NATIONAL ASSOCIATION,  :
*as Trustee for the Registered Holders of Banc of America*  :
*Merrill Lynch Commercial Mortgage Inc., Multifamily*    :         25 Civ. 7662 (JPC)
*Pass-Through Certificates, Series 2021-KF116,*          :

                                            :           ORDER

                  Plaintiff,           :

                                            :

        -v-                           :

                                            :

KINGSBRIDGE REALTY ASSOCIATES LLC, *et al.*,  :

                                            :

                Defendants.       :

                                            :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties shall appear for a conference on Plaintiff's motion to appoint a receiver on July

13, 2026, at 2:00 p.m.  The conference will take place by phone.  At the scheduled time, counsel

should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: July 3, 2026
      New York, New York                                       JOHN P. CRONAN
                                                  United States District Judge