UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION, *as Trustee for the Registered Holders of Banc of America Merrill Lynch Commercial Mortgage Inc., Multifamily Pass-Through Certificates, Series 2021-KF116*,

Plaintiff,

-v-

KINGSBRIDGE REALTY ASSOCIATES LLC, *et al.*,

Defendants.

---

25 Civ. 7662 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

The Court scheduled a phone conference on Plaintiff's motion to appoint a receiver on July 13, 2026, at 2:00 p.m. Dkt. 43. The conference instead will take place in-person at 1:00 p.m. on July 13, 2026, in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: July 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge