ASHURST
PERKINS
COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

October 20, 2026

Gary F. Eisenberg
gary.eisenberg@ashurstperkins.com
D. +1.212.262.6902
F. +1.212.977.1632

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Wilmington Trust, National Association, as Trustee for the Registered Holders of Banc of America Merrill Lynch Commercial Mortgage Inc., Multifamily Mortgage Pass-Through Certificates, Series 2021-KF116 v. Kingsbridge Realty Associates LLC, Kingsbridge Realty II LLC, Olinville Realty LLC, Olinville Realty II LLC, Underhill Realty LLC, Joel Wiener, and "John Doe" Nos. 1-25*, Case No. 1:25-cv-07662**

Dear Judge Cronan:

Our office represents the Plaintiff in the above matter. Pursuant to the Court's Order dated July 10, 2026, and the modified scheduling deadlines, the parties jointly wrote to the Court (ECF No. 48) to update the Court regarding the Proposed Forbearance Agreement and Plaintiff's pending motion for appointment of a receiver. The Court issued a memo endorsement stating the parties were to advise the Court "by November 2, 2026 whether they have executed a forbearance agreement and whether Plaintiff continues to seek the appointment of a receiver."

The parties have not signed a forbearance agreement and, based on recent communications Plaintiff has received from Defendants' representatives, the parties are not going to sign a forbearance agreement.

Accordingly, Plaintiff respectfully requests that the Court reschedule the conference on the receiver motion for a date as reasonably soon as the Court's calendar permits.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.

We remain available to answer any questions the Court may have and will continue to keep the Court informed of material developments.

Respectfully submitted,

ASHURST PERKINS COIE US LLP

/s/ *Gary F. Eisenberg*
Gary F. Eisenberg
*Attorneys for Plaintiff*

cc: All parties by ECF

The request is granted. The parties shall appear for a conference on Plaintiff's motion to appoint a receiver on November 10, 2026 at 2:30 p.m. The conference will take place at Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 49.

SO ORDERED.
October 26, 2026
New York, New York

JOHN P. CRONAN
United States District Judge